UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THOMAS KLOS and MESENIA, GUZMÁN, as Parents and Next Friends Of E.K., a minor,<br><br>Plaintiffs,<br>v.<br><br>WENDY BELANGER, et al.,<br><br>Defendants | No. 1:19-cv-00369-GZS |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 5) filed December 27, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's application to proceed *in forma pauperis* is **GRANTED** and that the case may proceed. I enlarge the deadline for service of the Complaint to 90 days from the date of this Order.

                                                   /s/ George Z. Singal
                                                   United States District Judge

Dated this 23rd day of January, 2020.